IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MarketDial, Inc., | ORDER OF RECUSAL |
| Plaintiff, | |
| vs. | |
| Applied Predictive Technologies, Inc., | Case No. 2:26-cv-00173 JNP |
| Defendant. | |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this __5th__ day of May, 2026.

BY THE COURT:

Jill N. Parrish
United States District Judge