IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARKETDIAL, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>APPLIED PREDICTIVE TECHNOLOGIES, INC.; and MASTERCARD INCORPORATED,<br><br>          Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br><br>Case No. 2:26-cv-00173-TC-CMR<br><br>District Judge Tena Campbell<br>Chief Magistrate Judge Cecilia M. Romero |

Having considered the Stipulated Motion for Extension of Time (Motion) (ECF 41) to file Reply in support of Motion to Dismiss for Failure to State a Claim (ECF 36), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Defendants' reply in support of their Motion to Dismiss for Failure to State a Claim must be filed on or before June 22, 2026.

DATED this 5 June 2026.


*Cecilia M. Romero*

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah